**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. __06 - CV - 00542 -B₃3__   MAR 2 7 2006

(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)

GREGORY C. LANGHAM
CLERK

FRANK JUAN CHAVEZ,

Applicant,

v.

W.A SHERROD, US Parole Commission, et al.,

Respondents.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
## DIRECTING APPLICANT TO CURE DEFICIENCY

---

Applicant has submitted an Application for a Writ of Habeas Corpus Pursuant to

28 U.S.C. § 2241 and a Motion for Discovery Pursuant to Title 28 U.S.C. § 2241. The

Applicant has also tendered the $5.00 filing fee.  The court has determined that the

documents are deficient as described in this order.  Notwithstanding the deficiencies,

the clerk of the court will be directed to commence a civil action.  Applicant will be

directed to cure the following if he wishes to pursue his claims.  Any papers which the

Applicant files in response to this order must include the civil action number on this

order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)  __  is not submitted
(2)  __  is missing affidavit
(3)  __  is missing certified copy of prisoner's trust fund statement for the 6-month
         period immediately preceding this filing
(4)  __  is missing required financial information

(5)   __   is missing an original signature by the prisoner
(6)   __   is not on proper form (must use the court's current form)
(7)   __   names in caption do not match names in caption of complaint, petition or
          habeas application
(8)   __   An original and a copy have not been received by the court.
          Only an original has been received.
(9)   __   other _____

**Complaint, Petition or Application**:
(10)  __   is not submitted
(11)  X    is not on proper form (must use the court's current form)
(12)  __   is missing an original signature by the prisoner
(13)  __   is missing page nos. ___
(14)  __   uses et al. instead of listing all parties in caption
(15)  __   An original and a copy have not been received by the court. Only an
          original has been received.
(16)  __   Sufficient copies to serve each defendant/respondent have not been
          received by the court.
(17)  __   names in caption do not match names in text
(18)  __   other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Applicant cure the deficiencies designated above

**within thirty (30) days from the date of this order**. Any papers which the Applicant

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Applicant, together

with a copy of this order, two copies of the following form: an Application for a Writ of

Habeas Corpus Pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that, if the Applicant fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the application and

the action will be dismissed without further notice.  The dismissal shall be without

prejudice.

DATED at Denver, Colorado, this 23ᵈ day of _March_____, 2006.

BY THE COURT:

_Boyd N Boland_

BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **06 - CV - 00542** BB

Frank Juan Chavez
Reg. No. 04472-051
FCI - Englewood
9595 W. Quincy Ave
Littleton, CO 80123

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and a copy of the receipt of the full filing fee** to the above-named individuals on __3-27-06__

GREGORY C. LANGHAM, CLERK

By:_____
                    Deputy Clerk